## ANDERSON v. CITY OF NEW YORK.

(Supreme Court, Appellate Term. May 15, 1908.)

COURTS—MUNICIPAL COURT OF NEW YORK—APPEAL—DECISIONS REVIEWABLE—
SUSTAINING DEMURRER WITH LEAVE TO PLEAD OVER.

An order of the Municipal Court, sustaining a demurrer, but granting
plaintiff leave to plead over, is not appealable.

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Thomas Anderson against the city of New York. From
an order of the Municipal Court, plaintiff appeals. Appeal dismissed.

Argued before GILDERSLEEVE, P. J., and GIEGERICH and
GREENBAUM, JJ.

Louis Hanneman, for appellant.

Francis K. Pendleton (Theodore Connoly and Thomas F. Noonan,
of counsel), for respondent.

PER CURIAM. This is an appeal from an order of the Municipal
Court which directs "that the defendant is entitled to judgment sustaining the demurrer herein, with leave to plead over on payment of
$20 costs." We can find no authority authorizing an appeal from such
an order of the Municipal Court. Smith v. Ely, 46 Misc. Rep. 458,
92 N. Y. Supp. 310.

The appeal must be dismissed, but, under the circumstances, without costs.